Paul Connaghan, Esq.
NV Bar No. 3229
Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
pconnaghan@cnlawlv.com
tnewberry@cnlawlv.com

Danny J. Horen, Esq.
NV Bar No. 13153
Spartan Law, LLC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: 702.625.1539
Facsimile: 702.548.4459
danny@spartanlaw.us

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER GULLO,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., and COAST TO COAST FINANCIAL SOLUTIONS, INC.,**<br><br>Defendant. | **Case No.:** 2:16-cv-547-APG-CWH<br><br>**ORDER GRANTING DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AGAINST COAST TO COAST FINANCIAL SOLUTIONS, INC.** |

Pending before the Court is Plaintiff's Application for Entry of Default Judgment. Plaintiff submitted an application for entry of default against Defendant Coast to Coast Financial Solutions, Inc. ("Defendant") on April 27, 2016. [Dkt. No. 10]. The Clerk of Court entered default against Defendant on April 28, 2016. [Dkt. No. 11]. After entry of a default, a court may grant a default judgment on the merits of the case. Fed. R. Civ. P. 55(b).

On December 7, 2016, Plaintiff filed a motion for default judgment seeking $1,000.00 in statutory damages, $4,524.75 in attorney's fees and $443.00 in costs for violations of the Fair Credit Reporting Act ("FCRA"). Based on the declaration of Plaintiff and counsel supporting the facts alleged in this matter, the full $1,000 in statutory damages to be awarded to Plaintiff is reasonable.

Plaintiff's counsel seeks two hourly rates. Danny J. Horen, Esq., Owner/Operator of Spartan Law, LLC seeks an hourly rate of $295.00, and given the his position, training, experience, and skill level, the Court concludes that the hourly rate charged is reasonable and consistent with the prevailing market rate in the area for lawyers of his skill level. Tara Newberry, Esq., Partner at Connaghan Newberry Law Firm, seeks an hourly rate of $485.00, and give her position, experience, training, and skill level, the Court concludes that the hourly rate charged is reasonable and consistent with the prevailing market rate in the are for lawyer of her skill level.

Further, the amount of billable time spent prosecuting this matter, 14.05

hours, is reasonable.

**IT IS ORDERED** that Plaintiff's Motion for Entry of Default Judgment against Coast to Coast Financial Solutions, Inc. is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff is awarded his full statutory damages of $1,000.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded attorney's fees in the amount of $4,524.75 and costs in the amount of $443.00.

Date: January 6, 2017

Hon. Andrew P. Gordon
U.S. DISTRICT COURT JUDGE